FILED

FEB 21 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #Y91

**Receipt of Passport or Other Non-Cash Collateral (Section 1)**

Name: Thomas Andrew Bailey

Address:

Case Number: 4:19CR56

Passport Number: 569723928

Country of Origin: USA

Expiration Date: 11/15/2027

Date Rec'd: 2/21/2019

Description of Property Other than Passport:

X _Thomas Bailey_
Signature of Individual Surrendering Passport/Other

_Heidi L Sutzlaugh_
Clerk's Signature

_Thomas Bailey_
Print Name

/ Original of Receipt Provided to Defendant or Individual
☒ Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral (Section 2)**

Date Returned:

Purpose Returned:

Address (If Mailed):

Rec'd by:

Rec'd from:

Signature of Individual Retrieving Passport/Other

Clerk's Signature

Print Name