PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-CR-56-5 |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| THOMAS BAILEY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

Before the Court is Defendant Thomas Bailey's request to travel. The request is granted. Defendant shall be permitted to travel to and from Winchester, Virginia to attend his nephew's wedding from April 9, 2021 through April 10, 2021. Defendant shall provide the U.S. Pretrial Services and Probation Office with all travel and contact information before he leaves his residence, and shall check in with his supervising officer before he leaves and after he returns. Defendant shall remain compliant with all other requirements of his probation, and any requests made by his supervising officer before traveling, while traveling, and upon his return.

Given the legitimate health concerns caused by COVID-19, Defendant is permitted to travel with the expectation that he will be compliant with all statewide or national travel restrictions imposed.

IT IS SO ORDERED.

| | |
|---|---|
|   March 2, 2021   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson |
| | United States District Judge |